# United States District Court

**DISTRICT OF ARIZONA**

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   JUL 3 1 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES OF AMERICA
V.
JOHN CHARLES MCCLUSKEY

**CRIMINAL COMPLAINT**

CASE NUMBER: 10-04190m-001-PCT-MEA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 31, 2010, in the District of Arizona, defendant did knowingly travel in interstate commerce from the State of Arizona to avoid arrest on a charge in the Superior Court of Arizona in and for the County of Mohave, of one count of, Escape in the Second Degree, a felony.

In violation of 18 U.S.C. § 1073 ~~Arizona Revised Statute Title 13 Criminal Code – Section 13-2503~~.

I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts as well as the facts set forth in the attached Affidavit:

```
On or about July 31, 2010 it is believed McCluskey escaped from the
Arizona State Prison - Kingman. McCluskey was not present at a prisoner
head count conducted during the morning of July 31, 2010. Further, it is
believed that McCluskey has fled the jurisdiction of Mohave County, Arizona
and is traveling in interstate commerce in order to avoid prosecution by
the Mohave County Attorney's Office, in violation of Title 18 United States
Code, Section 1073: Unlawful Flight to Avoid Prosecution ("UFAP").
```

Continued on the attached sheet and made a part hereof: ☒Yes ☐No
Authorized by: Joe Lodge, Assistant U.S. Attorney

Sworn to before me and subscribed in my presence,

Tom Schneider
Deputy U.S. Marshal

July 31, 2010                                at    Flagstaff, Arizona

Mark E. Aspey, U.S. Magistrate Judge

## AFFIDAVIT

I, Tom Schneider, being duly sworn, hereby depose and say:

1.  I, Tom Schneider, am a Deputy United States Marshal in the District of Arizona, assigned to the United States Marshals Service (USMS) Arizona WANTED Fugitive Task Force, which is charged with locating and apprehending state, local and federal fugitives from justice. I have been employed as a Deputy United States Marshal for approximately fifteen (15) years.

2.  This affidavit is made in support of a criminal complaint for JOHN CHARLES MCCLUSKEY for Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. The information contained herein is based on conversations I have had with other law enforcement officers and my researching of Arizona Department of Corrections records.

3.  On July 31, 2010 I spoke with Deputy U.S. Marshal Bill Noble. He stated that JOHN CHARLES MCCLUSKEY was a prisoner at the Arizona State Prison – Kingman, and, on or about July 31, 2010, JOHN CHARLES MCCLUSKEY escaped from the facility along with two other prisoners, DANIEL KELLY RENWICK and TRACY PROVINCE. Lou Szilagyi from the Arizona Department of Corrections reported there was a hole in the prison's fence and it was believed the three escapes cut the hole and escaped through it. All three prisoners were not present at a head count conducted on July 31, 2010.

4.  Arizona Revised Statute Title 13 Criminal code – Section 13-2503 Escape in the Second Degree states "A person commits escape in the second degree by knowingly: Escaping or attempting to escape from custody imposed as a result of having been arrested for, charged with or found guilty of a felony". Escape in the Second Degree is a felony.

5.  Arizona Department of Corrections records show that JOHN CHARLES MCCLUSKEY was serving a sentence at Arizona State Prison – Kingman for Murder, a felony.

6.  Mohave County, the location of the Arizona State Prison – Kingman, has issued an arrest warrant for JOHN CHARLES MCCLUSKEY for the charge of Escape.

7.  Flagstaff Police Department Detective Brad Conway interviewed a semi-tractor driver on July 31, 2010. That driver stated he and his vehicle were hijacked at gunpoint in the Kingman area on July 31, 2010 by JOHN CHARLES MCCLUSKEY and TRACY PROVINCE. The two prisoners then drove the semi-tractor to Flagstaff, Arizona where they abandoned the vehicle and the original driver.

8.  At approximately 9:00 am on July 31, 2010 a tip was phoned in to the U.S. Marshal's Service Arizona WANTED Task Force in Phoenix. The caller reported that the three escapees were in Peoria, Arizona and preparing to depart to California.

9.  Based on the information set forth above, I believe there is probable cause for the issuance of an arrest warrant for violation of Title 18, United States Code, Section 1073, to wit: Unlawful Flight to Avoid Prosecution.

Tom Schneider
Deputy U.S. Marshal
District of Arizona

Subscribed and sworn to before me

on this 31st day of July 2010.

Mark E. Aspey
UNITED STATES MAGISTRATE JUDGE